JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5042
   Fax: (408) 535-5066
   matthew.parrella@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUCADIO TORRES-VALDOVINOS, <br><br> Defendant. | No. 5:00-mj-008-PVT <br><br> NOTICE OF DISMISSAL <br><br> (San Jose Venue) |

   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice, and moves that the Court quash the arrest warrant issued in connection with the complaint in this case.

DATED: March 25, 2009

                                                                                 Respectfully submitted,

                                                          JOSEPH P. RUSSONIELLO
                                                          United States Attorney

                                                          MATTHEW A. PARRELLA
                                                         Assistant United States Attorney

NOTICE OF DISMISSAL (5:00-mj-008-PVT)

1  Leave of Court is granted to the government to dismiss that complaint. It is further ordered that
2  the arrest warrant issued in connection with the complaint is quashed.

Date: __3/26/09__

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge